UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Bradley Pieper,**   Civil No. 04-2993  (JNE/SRN)

    **Plaintiff,**

v.

**Disability Management Services, Inc.
and Reassure America Life Insurance
Company,**

    **Defendants.**

<u>**ORDER**</u>

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated January 4, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED that:**

1. Defendants' Motion to Dismiss the Complaint with Prejudice (Doc. No. 32) is **GRANTED**.

2. Defendants' Motion to Amend/Correct the Scheduling Order (Doc. Nos. 45, 50) is **DENIED as moot**.

3.  Plaintiff's Motion for Additional Time to Secure Disability Insurance Attorney (Doc. No. 54) is **DENIED as moot**.

DATED:   January 31, 2006

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Court Judge